Jerry J. OWENS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59893.

Missouri Court of Appeals, Western District.

May 21, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Application for Transfer Denied Aug. 27, 2002.

Andrew A. Schroeder, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Audara L. Charlton, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before HOWARD, P.J., and EDWIN H. SMITH and NEWTON, JJ.

### Order

PER CURIAM.

Jerry J. Owens (Appellant) appeals from the judgment denying his Rule 29.15 motion for post-conviction relief. In his motion, Appellant alleged that his trial counsel was ineffective for failing to timely file a motion for new trial and therefore failing to properly preserve the issues for appeal. Appellant also alleged that his appellate counsel was ineffective for failing to raise a "sub-component" of the issue of the voluntariness of his confession on appeal. After an evidentiary hearing, the motion court found that neither trial counsel's nor appellate counsel's alleged failures amounted to ineffective assistance of counsel.

Affirmed. Rule 84.16(b).